**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | IIG Structured Trade Finance Fund Ltd. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __<br>☑ Other 323564. Describe identifier Cayman Islands Co. No.<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ____ ____ ____ ____<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Christopher Kennedy and Alexander Lawson |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Fin. Servcs. Div. of Grand Ct. of Cayman Is. (FSD Cause No. 240 of 2019 (NJS)) |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor  **IIG Structured Trade Finance Fund Ltd.**
_Name_

Case number *(if known)*_____

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Cayman Islands

   **Debtor's registered office:**

   Alvarez and Marsal Cayman Islands Ltd
   Number    Street

   Flagship Blg., PO Box 2507, 2nd Fl, 70 Harbour Dr.

   George Town, Grand Cayman   KY1-1104
   State/Province/Region   ZIP/Postal Code

   _ Country   Cayman Islands

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region   ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Alvarez and Marsal Calyman Islands Limited
   Number    Street

   Flagship Blg., PO Box 2507, 2nd Fl, 70 Harbour Dr.
   P.O. Box

   George Town, Grand Cayman   KY1-1104
   City    State/Province/Region   ZIP/Postal Code

   Cayman Islands
   Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

    ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☑ Other. Specify: Cayman Islands Exempted Limited Company

    ☐ Individual

| Debtor | IIG Structured Trade Finance Fund Ltd. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Debtor possesses assets and previously conducted business in this District

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Christopher Kennedy          Christopher Kennedy
Signature of foreign representative     Printed name

Executed on   05/08/2020
             MM / DD / YYYY

✗ /s/ Alexander Lawson             Alexander Lawson
Signature of foreign representative     Printed name

Executed on   05/08/2020
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ John A. Pintarelli          Date   05/08/2020
Signature of Attorney for foreign representative     MM / DD / YYYY

John A. Pintarelli
Printed name
Morrison & Foerster LLP
Firm name
250 West 55th Street
Number      Street
New York                                    NY           10019
City                                        State        ZIP Code

212-336-4133                                jpintarelli@mofo.com
Contact phone                               Email address

4481123 (NY)                                NY
Bar number                                  State