# **Exhibit B**

**THIS LETTER IS INTENDED SOLELY FOR REGISTERED SHAREHOLDERS OF
THE IIG GLOBAL TRADE FINANCE FUND LTD. AND OF THE IIG STRUCTURED TRADE
FINANCE FUND LTD., AND IS STRICTLY CONFIDENTIAL**

November 14, 2018

To:  Registered shareholders ("Shareholders") of IIG Global Trade Finance Fund Ltd. ("GTFF") and of IIG Structured Trade Finance Fund Ltd. ("STFF"), each a "Fund" and together the "Funds".

Dear Shareholders:

We are writing today to advise you of several important developments relating to the Funds.

As has been previously disclosed to each investor, in June 2018, the Funds' Investment Adviser, The International Investment Group L.L.C. ("IIG"), and each of the principals (David Hu and Martin Silver), received subpoenas from the U.S. Securities and Exchange Commission.  The subpoenas contain document requests that seek information regarding IIG's policies, fund assets and other documents relating primarily to the valuation of assets in the portfolios of the funds it manages.

Given the market conditions in South America and other factors, coupled with the SEC inquiry, we have advised the Funds' Directors that we intend to wind down the Funds and have engaged a qualified independent consultant, Scott Steinberg, who has represented distressed businesses for thirty five years in all phases of business wind downs, to assist in such efforts for the Funds. We expect that this process will take a significant period of time due to the complexity of the underlying markets.  While we are working diligently to maximize the value of the Fund's assets, we believe that various factors have resulted and will likely result in significant impairment to the value of the portfolio in an amount that we cannot currently determine.  We do not anticipate distributing NAVs nor completing any audits currently underway for the foreseeable future.

Given the above actions, the Directors have resolved, pursuant to the respective Funds' Articles of Association, to cease all redemptions effective September 17, 2018.

IIG is dedicated to maximizing the value of the Fund and will keep all investors advised of the progress.

**The IIG Global Trade Finance Fund Ltd.
The IIG Structured Trade Finance Fund Ltd.**

CC: Andrés Carral Cuevas,
      Martin Laidlaw
      David Hu and Martin S Silver, The International Investment Group L.L.C.