**<u>Exhibit F</u>**

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

CAUSE NO FSD 240 OF 2019 (NJS)

**IN THE MATTER OF THE COMPANIES LAW (2018 REVISION)**

**AND IN THE MATTER OF IIG STRUCTURED TRADE FINANCE FUND LTD**



**ORDER**

**UPON** the summons for directions dated 2 December 2019 issued by LAM Global Management Ltd I, as General Partner for LAM Enhanced Trade Finance Fund I L.P. (the "**Petitioner**") pursuant to O.3, r.11 of the Companies Winding Up Rules (as amended)

**AND UPON** reading the Affidavit of Wonjoo Yoon sworn 29 November 2019, the affidavit of Christopher Barnett Kennedy sworn 26 November 2019, the affidavit of Alexander William Lawson sworn 26 November 2019 and the Affidavits of Woojoo Yoon sworn 25 October 2019 and Arthur G. Jakoby sworn 22 October 2019 in the winding up proceedings under cause number FSD 216 of 2019 and the Exhibits thereto

**AND UPON** the Petitioner agreeing to withdraw the winding up petition presented on 30 October 2019 in the winding up proceedings under cause number FSD 216 of 2019

**AND UPON** the Honourable Judge deciding the matter on the papers without the need for a hearing

**IT IS HEREBY ORDERED** that**:**

1. The Company is properly able to participate in these proceedings, which shall be treated as proceedings against the Company;

2. A copy of the winding up petition together with the affidavit evidence filed in support and this order shall be delivered to the following persons by email:

    a) Martin Laidlaw, of Premier Fiduciary Services (Cayman) Limited in his capacity as a director of the Company at martin@pfscayman.com;

b)  Andrés Carral, of Carral Y Asociados in his capacity as a director of the Company at andres@carral.org;

c)  Martin Silver a director and owner of The International Investment Group L.L.C. ("**IIG**") the investment advisor to the Company at MSilver@iigh.com;

d)  David Hu a director and owner of IIG the investment advisor to the Company at DHu@iigh.com; and

e)  IIG at MSilver@iigh.com and DHu@iigh.com.

3. The requirement to advertise the Petition be dispensed with.
4. Costs in the Petition.

DATED this 3 day of ~~December 2019~~ January 2020

FILED this 6 day of ~~December 2019~~ January 2020

_____

**The Honourable Justice Nicholas Segal**
**JUDGE OF THE GRAND COURT**

2

This Order is filed by Kobre & Kim (Cayman), Attorneys-at-Law for the Petitioners whose address for service is that of their said Attorneys-at-Law, Physical address: 45 Market Street, Suite 3207, Camana Bay, Grand Cayman.
Mailing Address: P.O. Box 410, 10 Market Street, George Town, Grand Cayman KY1-9006.