**<u>Exhibit A</u>**



# Search Report

---

| | |
|---|---|
| **Entity Name :** | IIG Structured Trade Finance Fund Ltd. |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 323564 |
| **Registration Date :** | 07 June 2017 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | ALVAREZ & MARSAL CAYMAN ISLANDS LIMITED<br>P. O. Box 2507<br>2nd Floor Flagship Building<br>70 Harbour Drive<br>George Town<br>Grand Cayman   KY1-1104<br>Cayman Islands |
| **Status :** | LIQUIDATION IN PROGRESS-BY ORDR OF COURT |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 623114502619
www.verify.gov.ky
22 April 2020